UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80375-CIV-CANNON

**LAWRENCE FELTZIN**,

    Plaintiff,

v.

**1865 WOOLBRIGHT ROAD, LLC.**,
and **DLTJ, INC.**,
d/b/a GREEN OWL RESTAURANT

    Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.** and

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of March 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record