# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:23-CV-80375-AMC

Plaintiff: **LAWRENCE FELTZIN**
vs.
Defendant: **1865 WOOLBRIGHT ROAD, LLC AND DLTJ, INC D/B/A GREEN OWL RESTAURANT,**



RLA2023000688

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L.
350 SEVILLA AVENUE
SUITE 200
CORAL GABLES, FL 33134

Received by Lindsay Legal Services, Inc. on the 13th day of March, 2023 at 10:32 am to be served on **DLTJ, INC BY SERVING ITS RA, MARIA G DE LA TORRES, 7707 ELWOOD DRIVE, LAKE WORTH, FL 33467.**

I, Ronald Ryan, do hereby affirm that on the **15th day of March, 2023** at **1:30 pm, I:**

Effected corporate service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named registered agent's/officer's usual place of abode, to a person residing therein who is 15 years of age or older to wit: PEDRO SANTOS as CO-RESIDENT OF R.A. and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3)(b).

**Additional Information pertaining to this Service:**
On 3/14/23 @ 11:06 am, service was attempted at the given address of 7707 ELWOOD DRIVE, LAKE WORTH, FL 33467. No answer at door. No vehicles/noise. No human activity observed

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 170, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Ronald Ryan
CPS# 3059

**Lindsay Legal Services, Inc.**
**7105 Sw 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2023000688

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i