UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-80375-AMC

LAWRENCE FELTZIN,

    Plaintiff,
v.

1865 WOOLBRIGHT ROAD, LLC and
DLTJ, INC. D/B/A GREEN OWL
RESTAURANT,

    Defendants.
_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Lawrence Feltzin (Plaintiff)

    Garcia-Menocal & Perez, P.L. (Counsel for Plaintiff)

    Anthony J. Perez, Esq. (Counsel for Plaintiff)

    Anthony J. Perez, P.A. (Counsel for Plaintiff)

    Beverly Virues, Esq. (Counsel for Plaintiff)

    Anthony Mattera, Access Consultants, LLC (Plaintiff's Expert)

       1865 Woolbright Road, LLC (Defendant)

       Mathieu P. Rosinsky (President for Defendant 1865 Woolbright Road, LLC)

       Rosinsky Management Inc. (Authorized Member for Defendant 1865 Woolbright Road, LLC)

       DLTJ, Inc. (Defendant)

       Maria G. de la Torre (President for Defendant DLTJ, Inc.)

       Araceli de la Torre (Vice President for Defendant DLTJ, Inc.)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None, other than the Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

       None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

       Lawrence Feltzin (Plaintiff)

5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this March 23, 2023.

       **GARCIA-MENOCAL & PEREZ, P.L.**
       *Attorneys for Plaintiff*

        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305)553-3464
        Facsimile: (305) 553-3031
        Primary Email: ajperez@lawgmp.com
        Secondary Email: bvirues@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ
        Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 23, 2023, the foregoing document is being served on all counsel of record.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiffs*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305)553-3464
        Facsimile: (305) 553-3031
        Primary Email: ajperez@lawgmp.com
        Secondary Email: bvirues@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ
        Florida Bar No.: 535451