UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWRENCE FELTZIN,

    Plaintiff,                                        Case No. 9:23-cv-80375-AMC

v.

1865 WOOLBRIGHT ROAD, LLC and DLTJ, INC. D/B/A GREEN OWL RESTAURANT,

    Defendants.
_____/

**DEFENDANT DLTJ, INC. D/B/A GREEN OWL RESTAURANT'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant ("DLTJ"), respectfully moves for an extension of time to respond to Plaintiff's Complaint (Doc. 1) (the "Complaint"), up to and including Monday, May 15, 2023, and in support states the following:

1. On March 9, 2023, Plaintiff filed the Complaint.

2. DLTJ was served with the Complaint on March 15, 2023, and, as such, DLTJ's deadline to respond to the Complaint is Wednesday, April 5, 2023.

3. The undersigned counsel has just recently been retained to represent DLTJ in this matter, and DLTJ and its counsel are in the process of reviewing DLTJ's files to formulate an appropriate response to the Complaint.

1

4. Accordingly, DLTJ and its counsel respectfully request additional time to allow them to complete their review and formulate an appropriate response to the Complaint.

5. The co-defendant in this action, 1865 Woolbright Road, LLC, has filed a waiver of service (Doc. 6) and, as such, its deadline to respond to the Complaint is May 15, 2023.

6. Due to the significant gap between the separate Defendants' deadlines to respond to the Complaint, and in the interest of facilitating the regular scheduling order, counsel for DLTJ has conferred with Plaintiff's counsel regarding the contents of this Motion and DLTJ's request for an extension of its deadline to respond to the Complaint, up to and including May 15, 2023, so that DLTJ's deadline aligns with the deadline for its co-defendant, 1865 Woolbright Road, LLC.

7. Plaintiff is not opposed to the requested extension of DLTJ's deadline to respond to the Complaint, up to and including May 15, 2023, as set forth herein.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). DLTJ's request for an extension is made in good faith and does not prejudice Plaintiff. Permitting the extension will enable DLTJ to explore the possibility of early

resolution with Plaintiff and to formulate an appropriate response to the Complaint following analysis of the relevant documents. For these reasons, DLTJ respectfully requests that the Court extend DLTJ's deadline to respond to the Complaint, up to and including May 15, 2023.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for DLTJ hereby certifies that she has conferred with Plaintiff's counsel regarding the contents of this motion and that Plaintiff does not oppose the relief sought herein.

WHEREFORE, Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant, respectfully requests an extension of time, up to and including Monday, May 15, 2023, to respond to Plaintiffs' Complaint.

Dated this 5th day of April, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Alyssa Castelli*
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Jesse I. Unruh, Esq.
Florida Bar No. 93121
alyssa@spirelawfirm.com
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorney for Defendant | DLTJ, Inc. d/b/a Green Owl Restaurant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Anthony J. Perez, Esquire, Garcia-Menocal & Perez, P.L. 350 Sevilla Avenue, Suite 200, Coral Gables, Florida 33134, via email at ajperez@lawgmp.com; bvirues@lawgmp.com; dramos@lawgmp.com and to Defendant, 1865 Woolbright Road, LLC's counsel, Jeremy E. Slusher, Esquire, SLUSHER & ROSENBLUM, P.A., 444 W. Railroad Avenue, Suite 470, West Palm Beach, FL 33401, jes@slusherandrosenblum.com.

*/s/ Alyssa Castelli*
Attorney