UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWRENCE FELTZIN,

      Plaintiff,    Case No.:    9:23-cv-80375-AMC

v.

1865 WOOLBRIGHT ROAD, LLC and DLTJ, INC. D/B/A GREEN OWL RESTAURANT,

      Defendants.
_____/

**PROPOSED ORDER**
**ON DEFENDANT, DLTJ, INC. D/B/A GREEN OWL RESTAURANT'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant's Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"). The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant, shall respond to Plaintiff's Complaint on or before May 15, 2023.

**DONE AND ORDERED** this ___ day of April 2023, in Chambers of the United States District Court for the Southern District of Florida.

_____
THE HONORABLE AILEEN M. CANNON
United States District Judge

cc: Counsel of Record