UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWRENCE FELTZIN,

    Plaintiff,                                         Case No. 9:23-cv-80375-AMC

v.

1865 WOOLBRIGHT ROAD, LLC and DLTJ, INC. D/B/A GREEN OWL RESTAURANT,

    Defendants.
_____/

**<u>DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.03(a), Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant ("DLTJ"), through the undersigned counsel, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to a party:

    **a. Lawrence Feltzin (Plaintiff)**

    **b. Garcia-Menocal & Perez, P.L. (Counsel for Plaintiff)**

    c. Anthony J. Perez, Esq. (Counsel for Plaintiff)

    d. Anthony J. Perez, P.A. (Counsel for Plaintiff)

    e. Beverly Virues, Esq. (Counsel for Plaintiff)

    f. Anthony Mattera, Access Consultants, LLC (Plaintiff's Expert)

    g. 1865 Woolbright Road, LLC (Defendant)

    h. Jeremy E. Slusher, Esquire (Counsel for Defendant, 1865 Woolbright Road, LLC)

    i. Slusher & Rosenblum, P.A. (Counsel for Defendant, 1865 Woolbright Road, LLC)

    j. DLTJ, Inc. d/b/a Green Owl Restaurant (Defendant)

    k. Alyssa Castelli, Esq. (Counsel for Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant)

    l. Jesse I. Unruh, Esq. (Counsel for Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant)

    m. Spire Law, PLLC (Counsel for Defendant, DLTJ, Inc. d/b/a Green Owl Restaurant)

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors'

committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution:

**Plaintiff, Lawrence Feltzin**

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 5th day of April, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Alyssa Castelli*
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Jesse I. Unruh, Esq.
Florida Bar No. 93121
alyssa@spirelawfirm.com
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendant | DLTJ, Inc. d/b/a Green Owl Restaurant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to counsel for Plaintiff, Anthony J. Perez, Esquire, Garcia-Menocal & Perez, P.L., 350 Sevilla Avenue, Suite 200, Coral Gables, Florida 33134, via email at ajperez@lawgmp.com; bvirues@lawgmp.com; dramos@lawgmp.com; and counsel for Defendant, 1865 Woolbright Road, LLC, Jeremy E. Slusher, Esquire, SLUSHER & ROSENBLUM, P.A., 444 W. Railroad Avenue, Suite 470, West Palm Beach, FL 33401, via email at jes@slusherandrosenblum.com.

*/s/ Alyssa Castelli*
Attorney